# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PA

Chapter:     13
Case No:     1419151

In re:     WILLIAM L. THOMAS
           LORETTA THOMAS

Account Number:  4870

## WITHDRAWAL OF ASSIGNMENT OF CLAIM

PRA Receivables Management, LLC as agent of Portfolio Recovery Associates LLC, withdraws the Assignment of Claim filed on 2/11/2016.

Docket No. 40

On this 10/5/2016.


By:  /s/ Andrew Dail
     Andrew Dail, Bankruptcy Representative
     PRA Receivables Management, LLC as agent of
     Portfolio Recovery Associates LLC.
     POB 41067
     Norfolk, VA 23541
     E-mail: Bankruptcy_Info@portfoliorecovery.com