United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William L. Thomas  
Loretta Thomas  
     Debtors

Case No. 14-19151-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv                Page 1 of 1         Date Rcvd: Dec 12, 2017
                            Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.
13508900       +Mortgage Research Center, LLC d/b/a Veterans Unite,   Cenlar, FSB,   425 Philips Blvd,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:
     ALEXANDRA T. GARCIA    on behalf of Creditor    FIFTH THIRD MORTGAGE COMPANY ecfmail@mwc-law.com
     CELINE P. DERKRIKORIAN    on behalf of Creditor    Fifth Third Mortgage Company ecfmail@mwc-law.com
     DAVID S. GELLERT    on behalf of Joint Debtor Loretta  Thomas dsgatn@rcn.com,    r46641@notify.bestcase.com
     DAVID S. GELLERT    on behalf of Debtor William L. Thomas dsgatn@rcn.com,    r46641@notify.bestcase.com
     DENISE ELIZABETH CARLON    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
     MARISA MYERS COHEN    on behalf of Creditor    Fifth Third Mortgage Company mcohen@mwc-law.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                    TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-19151-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| William L. Thomas<br>2919 Hay Terrace<br>Easton PA 18045 | Loretta Thomas<br>2919 Hay Terrace<br>Palmer PA 18045 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/11/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Mortgage Research Center, LLC d/b/a Veterans Unite, Cenlar, FSB, 425 Philips Blvd, Ewing, NJ 08618 | Pingora Loan Servicing, LLC<br>425 Phillips Blvd.<br>Ewing, NJ 08618 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/14/17

Tim McGrath
**CLERK OF THE COURT**