# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    William L. Thomas | : | Chapter 13 |
|    Loretta Thomas, | : | Bankruptcy No. 14-19151 REF |
| | : | |
|    Debtors | : | |

## MOTION FOR ORDER CONVERTING CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7

William L. Thomas and Loretta Thomas, the above Debtors, move for an order converting this case from a case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code, and would show the Court the following:

1. The Debtors filed a voluntary petition for relief on November 19, 2014.

2. The Debtors are eligible to be debtors under Chapter 7 of the Bankruptcy Code and accordingly desire to convert this case to a case under Chapter 7 pursuant to § 1307(a) of the Bankruptcy Code.

3. This case was not converted from a case under any chapter of Title 11, United States Code.

WHEREFORE, the Debtors desire that this case be converted to a Chapter 7 proceeding.

Dated: August 3, 2018                                   s/ William L. Thomas
                                                        William L. Thomas

Dated: August 3, 2018                                   s/Loreatta Thomas
                                                        Loretta Thomas

Dated:                                                  _____
                                                        David S. Gellert, Esquire
                                                        David S. Gellert, PC
                                                        1244 Hamilton Street, Suite 204
                                                        Allentown, PA 18102
                                                        610-776-7070  Fax: 610-776-7072