United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-19151-ref
William L. Thomas                                                       Chapter 13
Loretta Thomas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 2        Date Rcvd: Aug 06, 2018
                            Form ID: pdf900        Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
```
db/jdb         +William L. Thomas,    Loretta Thomas,    2919 Hay Terrace,    Easton, PA 18045-2549
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13426065      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:    The Home Depot,    P.O. Box 653000,    Dallas, TX 75265)
13426055       +Cabela's Club Visa,    P.O. Box 82519,    Lincoln, NE 68501-2519
13552384       +David S. Gellert, Esquire,    1244 Hamilton Street,    Allentown, PA 18102-4699
13426057      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court:    Fifth Third Bank,    5050 Kinglsey,    1MOC2J,    Cincinnati, OH 45263)
13440364       +Fifth Third Mortgage Company,    ALEXANDRA T. GARCIA,    McCabe, Weisberg & Conway, P.C.,
                 123 South Broad Stret,    Suite 1400,    Philadelphia, PA 19109-1060
13426060       +Lourdes Medical Center,    P.O. Box 822112,    Philadelphia, PA 19182-2112
13429830       +Mortgage Research Center,    JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
13508900       +Mortgage Research Center, LLC d/b/a Veterans Unite,     Cenlar, FSB,    425 Philips Blvd,
                 Ewing, NJ 08618-1430
13426061       +Orthopedic Assoc. of Aquatic Therapy,    3735 Easton Nazareth Highway Suite 101,
                 Easton, PA 18045-8345
13426062       +PennStar Bank,    P.O. Box 149,    Canajoharie, NY 13317-0149
14026726       +Pingora Loan Servicing, LLC,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
13426063       +Rutgers,    Student Accounting Services,    Camden Bursar's Office,    311 North 5th Street,
                 Camden, NJ 08102-1405
13426064       +Sears,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13489241       +USAA FEDERAL SAVINGS BANK,    C O WEINSTEIN, PINSON, AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13426066        USAA Fed. Svgs. Bank,    P.O. Box 47504,    San Antonio, TX 78265
13426067       +Veterans United Home Loans,    P.O. Box 77404,    Trenton, NJ 08628-6404
13437400        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13426068       +Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2018 02:04:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 07 2018 02:04:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2018 02:11:29
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2018 02:12:24      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13426056        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2018 02:11:56      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
13426059       +E-mail/Text: cio.bncmail@irs.gov Aug 07 2018 02:04:16      Department of The Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13529365       +E-mail/Text: tdawson@advfcu.org Aug 07 2018 02:04:23      Department of Veterans Affairs,
                 Office of Regional Counsel 310/02,    5000 Wissahickon Avenue,    Philadelphia, PA 19144-4867
13426058       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2018 02:11:54      GE Capital Retail Bank,
                 P.O. Box 965033,    Orlando, FL 32896-5033
13463838       +E-mail/Text: bankruptcy@nbtbank.com Aug 07 2018 02:04:27      NBT Bank, NA,    52 South Broad St.,
                 Norwich, NY 13815-1699
13492746        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2018 02:12:26
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13432670        E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2018 02:11:55
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13519432        E-mail/Text: WFB.Bankruptcy@cabelas.com Aug 07 2018 02:04:36      WORLD'S FOREMOST BANK,
                 CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13471064*     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court:    Fifth Third Mortgage Company,    Madisonville Ops Center,
                 MD #1MOBBW,    Cincinnati, OH 45263)
13673256*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:    Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
```

```
District/off: 0313-4           User: dlv                    Page 2 of 2                   Date Rcvd: Aug 06, 2018
                               Form ID: pdf900              Total Noticed: 36
```

     ***** BYPASSED RECIPIENTS (continued) *****
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    FIFTH THIRD MORTGAGE COMPANY ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN     on behalf of Creditor    Fifth Third Mortgage Company ecfmail@mwc-law.com
              DAVID S. GELLERT    on behalf of Debtor William L. Thomas dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Joint Debtor Loretta   Thomas dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans
               United Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans
               United Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARISA MYERS COHEN    on behalf of Creditor    Fifth Third Mortgage Company mcohen@mwc-law.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United
               Home Loans, a Missouri Limited Liability Company tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| William L. Thomas | : | Chapter 13 |
| Loretta Thomas, | : | Bankruptcy No. 14-19151 REF |
| | : | |
| Debtors | : | |

## MOTION FOR ORDER CONVERTING CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7

William L. Thomas and Loretta Thomas, the above Debtors, move for an order converting this case from a case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code, and would show the Court the following:

1. The Debtors filed a voluntary petition for relief on November 19, 2014.

2. The Debtors are eligible to be debtors under Chapter 7 of the Bankruptcy Code and accordingly desire to convert this case to a case under Chapter 7 pursuant to § 1307(a) of the Bankruptcy Code.

3. This case was not converted from a case under any chapter of Title 11, United States Code.

WHEREFORE, the Debtors desire that this case be converted to a Chapter 7 proceeding.

Dated: August 3, 2018                                  s/ William L. Thomas
                                                                        William L. Thomas

Dated: August 3, 2018                                  s/Loreatta Thomas
                                                                        Loretta Thomas

Dated:                                                              _____
                                                                        David S. Gellert, Esquire
                                                                        David S. Gellert, PC
                                                                        1244 Hamilton Street, Suite 204
                                                                        Allentown, PA 18102
                                                                        610-776-7070 Fax: 610-776-7072