# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    William L. Thomas | : | Chapter 13 |
|    Loretta Thomas, | : | Bankruptcy No. 14-19151 REF |
| | : | |
|    Debtors | : | |

## STATEMENT OF POST-PETITION DEBTS

The undersigned, William L. Thomas and Loretta Thomas, the above debtors, have the following post-petition debts:

    Chrysler Capital
    P.O. Box 961272
    Fort Worth, TX 76161

    AT&T Mobility
    17000 Cantrell Road
    Little Rock, AR 72223

Dated: August 28, 2018　　　　　　　　　　s/ William L. Thomas
　　　　　　　　　　　　　　　　　　　　William L. Thomas

Dated: August 28, 2018　　　　　　　　　　s/ Loretta Thomas
　　　　　　　　　　　　　　　　　　　　Loretta Thomas