**DICK'S SPORTING GOODS, INC.**

Dick's Sporting Goods, Inc.
345 Court Street
Coraopolis PA 15108
724-273-3400

**EVERY SEASON STARTS AT DICK'S SPORTING GOODS.**

**ADVICE**

| | |
|---|---|
| Pay Period: | 06/10/2018 - 06/23/2018 |
| Deposit Date: | 06/29/2018 |
| Advice #: | 000000008345897 |
| Batch Number: | |

**EMPLOYEE**

William Thomas
2919 Hay Terrace
EASTON PA 18045

Employee ID: 0407491
Department: 91500-Lodge
Location: Store230 Easton PA
Job Title: Lodge Sales Associate
Pay Rate: $11.500000 Hourly

**TAX DATA**

| | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Additional Percent: | | |
| Additional Amount: | | |

| Description | Rate | Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular | 11.500000 | 35.05 | 403.08 | 159.40 | 1,833.11 |
| Total Gross Pay: | | 35.05 | 403.08 | 159.40 | 1,833.11 |
| **BEFORE-TAX DEDUCTIONS** | | | | | |
| Total Before-Tax Deductions: | | | 0.00 | | 0.00 |
| Federal Taxable Gross Pay: | | | 403.08 | | 1,833.11 |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 10.12 | | 66.34 |
| Fed MED/EE | | | 5.84 | | 26.58 |
| Fed OASDI/EE | | | 24.99 | | 113.65 |
| PA Unempl EE | | | 0.24 | | 1.10 |
| PA Withholdng | | | 12.37 | | 56.27 |
| PA  Withholdng | | | 4.03 | | 18.33 |
| PA  LS Tax | | | 2.00 | | 8.00 |
| Total Tax Deductions: | | | 59.59 | | 290.27 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Total After-Tax Deductions: | | | 0.00 | | 0.00 |
| **NET PAY** | | | | | |
| Total Net Pay: | | | 343.49 | | 1,542.84 |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | ******1825 | $343.49 |

Page 1 of 1

| DICK'S SPORTING GOODS, INC. | | ADVICE | | |
|---|---|---|---|---|
| Dick's Sporting Goods, Inc.<br>345 Court Street<br>Coraopolis PA  15108<br>724-273-3400 | | Pay Period:  05/27/2018 - 06/09/2018<br>Deposit Date:  06/15/2018<br>Advice #:  000000008275199<br>Batch Number: | | |



| EMPLOYEE | TAX DATA | | |
|---|---|---|---|
| William Thomas<br>2919 Hay Terrace<br>EASTON PA  18045<br><br>Employee ID:  0407491<br>Department: 91500-Lodge<br>Location: Store230 Easton PA<br>Job Title: Lodge Sales Associate<br>Pay Rate: $11.500000 Hourly | | Federal | PA State |
| | Marital Status: | Single | N/A |
| | Allowances: | 1 | 0 |
| | Additional Percent: | | |
| | Additional Amount: | | |

| Description | Rate | Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular | 11.500000 | 46.84 | 538.66 | 124.35 | 1,430.03 |
| Total Gross Pay: | | 46.84 | 538.66 | 124.35 | 1,430.03 |
| **BEFORE-TAX DEDUCTIONS** | | | | | |
| Total Before-Tax Deductions: | | | 0.00 | | 0.00 |
| Federal Taxable Gross Pay: | | | 538.66 | | 1,430.03 |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 23.67 | | 56.22 |
| Fed MED/EE | | | 7.82 | | 20.74 |
| Fed OASDI/EE | | | 33.40 | | 88.66 |
| PA Unempl EE | | | 0.33 | | 0.86 |
| PA Withholdng | | | 16.54 | | 43.90 |
| PA  Withholdng | | | 5.39 | | 14.30 |
| PA  LS Tax | | | 2.00 | | 6.00 |
| Total Tax Deductions: | | | 89.15 | | 230.68 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Total After-Tax Deductions: | | | 0.00 | | 0.00 |
| **NET PAY** | | | | | |
| Total Net Pay: | | | 449.51 | | 1,199.35 |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | ******1825 | $449.51 |

Page 1 of 1

| DICK'S SPORTING GOODS, INC. |  | ADVICE | |
|---|---|---|---|
| Dick's Sporting Goods, Inc.<br>345 Court Street<br>Coraopolis PA  15108<br>724-273-3400 | | Pay Period:<br>Deposit Date:<br>Advice #:<br>Batch Number: | 05/13/2018 - 05/26/2018<br>06/01/2018<br>000000008235290 |
| EMPLOYEE | | TAX DATA | |
| William Thomas<br>2919 Hay Terrace<br>EASTON PA  18045<br>Employee ID:  0407491<br>Department: 91500-Lodge<br>Location: Store230 Easton PA<br>Job Title: Lodge Sales Associate<br>Pay Rate: $11.500000 Hourly | | | Federal    PA State<br>Marital Status:   Single    N/A<br>Allowances:        1        0<br>Additional Percent:<br>Additional Amount: |

| Description | Rate | Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| EARNINGS | | | | | |
| Regular | 11.500000 | 54.56 | 627.44 | 77.51 | 891.37 |
| Total Gross Pay: | | 54.56 | 627.44 | 77.51 | 891.37 |
| BEFORE-TAX DEDUCTIONS | | | | | |
| Total Before-Tax Deductions: | | | 0.00 | | 0.00 |
| Federal Taxable Gross Pay: | | | 627.44 | | 891.37 |
| TAX DEDUCTIONS | | | | | |
| Fed Withholdng | | | 32.55 | | 32.55 |
| Fed MED/EE | | | 9.09 | | 12.92 |
| Fed OASDI/EE | | | 38.90 | | 55.26 |
| PA Unempl EE | | | 0.37 | | 0.53 |
| PA Withholdng | | | 19.26 | | 27.36 |
| PA  Withholdng | | | 6.27 | | 8.91 |
| PA  LS Tax | | | 2.00 | | 4.00 |
| Total Tax Deductions: | | | 108.44 | | 141.53 |
| AFTER-TAX DEDUCTIONS | | | | | |
| Total After-Tax Deductions: | | | 0.00 | | 0.00 |
| NET PAY | | | | | |
| Total Net Pay: | | | 519.00 | | 749.84 |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | ******1825 | $519.00 |

Page 1 of 1

**DICK'S SPORTING GOODS, INC.**
Dick's Sporting Goods, Inc.
345 Court Street
Coraopolis PA  15108
724-273-3400

**EMPLOYEE**
William Thomas
2919 Hay Terrace
EASTON PA  18045

Employee ID: 0407491
Department: 91500-Lodge
Location: Store230 Easton PA
Job Title: Lodge Sales Associate
Pay Rate: $11.500000 Hourly

EVERY SEASON STARTS AT
DICK'S SPORTING GOODS.

**ADVICE**
| | |
|---|---|
| Pay Period: | 04/29/2018 - 05/12/2018 |
| Deposit Date: | 05/18/2018 |
| Advice #: | 000000008195101 |
| Batch Number: | |

**TAX DATA**
| | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Additional Percent: | | |
| Additional Amount: | | |

| Description | Rate | Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular | 11.500000 | 22.95 | 263.93 | 22.95 | 263.93 |
| Total Gross Pay: | | 22.95 | 263.93 | 22.95 | 263.93 |
| **BEFORE-TAX DEDUCTIONS** | | | | | |
| Total Before-Tax Deductions: | | | 0.00 | | 0.00 |
| Federal Taxable Gross Pay: | | | 263.93 | | 263.93 |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 3.83 | | 3.83 |
| Fed OASDI/EE | | | 16.36 | | 16.36 |
| PA Unempl EE | | | 0.16 | | 0.16 |
| PA Withholdng | | | 8.10 | | 8.10 |
| PA  Withholdng | | | 2.64 | | 2.64 |
| PA  LS Tax | | | 2.00 | | 2.00 |
| Total Tax Deductions: | | | 33.09 | | 33.09 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Total After-Tax Deductions: | | | 0.00 | | 0.00 |
| **NET PAY** | | | | | |
| Total Net Pay: | | | 230.84 | | 230.84 |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | ******1825 | $230.84 |

Page 1 of 1