United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-19151-ref
William L. Thomas                                                          Chapter 7
Loretta Thomas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4              User: dlv              Page 1 of 1              Date Rcvd: Nov 09, 2018
                                 Form ID: 211            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
db/jdb        +William L. Thomas,    Loretta Thomas,    2919 Hay Terrace,    Easton, PA 18045-2549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 02:38:34
               PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2018 02:38:45     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                          TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
        ALEXANDRA T. GARCIA   on behalf of Creditor   FIFTH THIRD MORTGAGE COMPANY ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        CELINE P. DERRKRIKORIAN   on behalf of Creditor   Fifth Third Mortgage Company ecfmail@mwc-law.com
        DAVID S. GELLERT   on behalf of Debtor William L. Thomas dsgatn@rcn.com,
         r46641@notify.bestcase.com
        DAVID S. GELLERT   on behalf of Joint Debtor Loretta  Thomas dsgatn@rcn.com,
         r46641@notify.bestcase.com
        DENISE ELIZABETH CARLON   on behalf of Creditor   Mortgage Research Center, LLC d/b/a Veterans
         United Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Mortgage Research Center, LLC d/b/a Veterans
         United Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        MARISA MYERS COHEN   on behalf of Creditor   Fifth Third Mortgage Company mcohen@mwc-law.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        MICHAEL H KALINER   mhkaliner@gmail.com,  pa35@ecfcbis.com
        MICHAEL H KALINER   on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
        THOMAS I. PULEO   on behalf of Creditor   Mortgage Research Center, LLC d/b/a Veterans United
         Home Loans, a Missouri Limited Liability Company tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                                    Chapter: 7

     William L. Thomas and Loretta Thomas

Debtor(s)                                                              Case No: 14−19151−ref

**ORDER**

AND NOW, 11/9/18 , the debtor having failed to file either a statement regarding completion

of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy

Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 11/23/18 to file a statement

regarding completion of an instructional course concerning personal financial management or a request for a
waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing,

and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P.

4004.

For The Court

Richard E. Fehling

Chief Judge ,United States
Bankruptcy Court

64
Form 211